1  ANDREW THOMAS SINCLAIR (SBN 72681)
   SINCLAIR LAW OFFICE
2  Rotunda Building, Suite 160
   300 Frank H. Ogawa Plaza
3  Oakland, CA 94612
   Tel: (510) 465-5300
4  Fax: (510) 465-5356
   ats@sinclairlawoffice.com
5
   CHARLOTTE FISHMAN (SBN 88345)
6  LAW OFFICE OF CHARLOTTE FISHMAN
   100 Pine Street, Suite 3300
7  San Francisco, CA 94111
   Tel: (415) 217-7302
8  Fax: (415) 217-7307

9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  TOM R. KARL, M.D.,                         No. C-09-00640 SBA

15                 Plaintiff,                  STIPULATION TO REMAND CASE
                                               TO STATE COURT & ORDER
16       v.

17  REGENTS OF UNIVERSITY OF
    CALIFORNIA, and NANCY ASCHER, M.D., in
18  their individual and official capacities, and
    DOES, I through XX, inclusive,
19
                   Defendants.
20  _____/

21

22       WHEREAS, plaintiff filed suit in the Superior Court of the State of California on

23  October 31, 2008, and

24       WHEREAS, the Regents of the University of California accepted service of the

25  Summons and Complaint on December 23, 2008, and

26       WHEREAS, Nancy Ascher, MD, accepted service of the Summons and Complaint on

27  January 5, 2009, but was also served with the Summons and Complaint on January 14, 2009,

28  and

*Karl v. Regents of University of California, et al.* (C-09-00640 SBA)
STIPULATION TO REMAND TO STATE COURT & ORDER                    PAGE 1

WHEREAS, counsel for defendants represents that he was not aware that campus counsel Marcia Canning had accepted service on behalf of Dr. Ascher on January 5, 2009, when defendants removed the case to federal court on February 12, 2009, and

WHEREAS, the parties have met and conferred and agree that the case was not removed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as required by 28 U.S.C. § 1446(b), and

WHEREAS, the parties wish to avoid a motion to remand the matter to state court,

IT IS STIPULATED that this matter may be remanded to the Superior Court of the State of California.

_____   2/20/09
Michael A. Laurenson         Date
Gordon & Rees LLP
Attorney for Defendants

_____   2/20/09
Andrew Thomas Sinclair       Date
Sinclair Law Office
Attorney for Plaintiff

ORDER

Pursuant to the above stipulation of counsel,

IT IS ORDERED that this matter is remanded to the Superior Court of the State of California for the City and County of San Francisco.

DATED: 2/23/09

_____
Saundra Brown Armstrong
United States District Judge

*Karl v. Regents of University of California, et al.* (C-09-00640 SBA)
STIPULATION TO REMAND TO STATE COURT & ORDER                                    PAGE 2