IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN M. CAMPBELL,   No.  C 11-0073 CW
                                                                        CR 09-0640 CW
    Movant,
                                                                         ORDER VACATING
  v.                                                                      EVIDENTIARY HEARING
                                                                          AND SETTING BRIEFING
                                                                          SCHEDULE
UNITED STATES OF AMERICA,

    Respondent.
_____/

    On February 25, 2014, the government filed the third declaration of Movant Marvin Campbell's trial counsel Gordon Brown.  Attached to that declaration is a July 22, 2009 email from Assistant United States Attorney James Mann stating that, unless Movant agreed to submit to pretrial detention, refrain from litigating the case in any way, including filing a motion to suppress, and plead guilty pursuant to a plea agreement, the government would file an information pursuant to 21 U.S.C. § 851 and it would not dismiss it.  Docket No. 105, Ex. 1.

    The government provides no explanation for why this evidence, which clearly is and has been in the government's possession, was produced only one week before the scheduled evidentiary hearing and was not produced with or discussed in the government's original or supplemental responses to the § 2255 motion. Nevertheless, the Court will not expend its resources to hold an evidentiary hearing without further briefing from the parties on this issue.

Accordingly, the evidentiary hearing currently set for 10:00 AM on Thursday, March 6, 2014 is vacated to be reset at a later date if necessary. In addition the Court sets aside its writ of habeas corpus ad testificandum. Docket No. 97. The Clerk shall provide Mike Babcock, Warden of FCI Herlong a copy of this order.

Within five days of the date of this order, the government shall file a brief of up to five pages discussing the impact of the newly produced evidence on its response to Movant's § 2255 motion. Movant shall file a response of up to five pages within five days thereafter.

IT IS SO ORDERED.

Dated: 2/26/2014

CLAUDIA WILKEN
United States District Judge