UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


et al,

            Plaintiff,

  v.

et al,

            Defendant.
                                        /

Case Number: CV11-00073 CW
CR09-00640 CW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mike Babcock,Warden
FCI Herlong
741-925 ACCESS ROAD A-25
HERLONG, CA 96113

**HER/ExecAssistant@bop.gov**


Dated: February 26, 2014

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk